UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DONTE GRAY,<br>           Petitioner,<br>   v.<br>GISELLE MATTESON,<br>           Respondent. | Case No. 23-cv-01859-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 7 |

Petitioner Sam Donte Gray has filed a motion to dismiss his federal habeas corpus action, which I construe as a notice of voluntary dismissal without prejudice. (Dkt. No. 7.) So construed, this action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Because this dismissal is without prejudice, Gray may move to reopen. Any such motion must have the words MOTION TO REOPEN written on the first page.

The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 10, 2023

WILLIAM H. ORRICK
United States District Judge